# UNITED STATES DISTRICT COURT
# for the DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **W. GLENN ELLERBE** <br> d/b/a Ellerbe Associates Consultancy <br><br>     **Plaintiff,** <br><br> v. <br><br> **GORMAN HEALTH GROUP, LLC,** et al. <br><br>     **Defendants.** | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | **2016 cv 02318 RDM** |

## NOTICE OF DISMISSAL

Plaintiff, pursuant to Rule 41(a)(1), dismisses this matter without prejudice.

Respectfully submitted,

*/s/ Jeffrey C. Seaman*
Jeffrey C. Seaman (466509)
WHITEFORD, TAYLOR & PRESTON L.L.P.
7501 Wisconsin Avenue, Suite 700W
Bethesda, MD 20814
 (301) 804-3610
(301) 215-6359 (facsimile)
jseaman@wtplaw.com


*/s/ Steven E. Tiller*
Steven E. Tiller  (444991)
WHITEFORD, TAYLOR & PRESTON L.L.P.
7 St. Paul Street
Baltimore, MD  21202
(410) 347-9425
(410) 223-4325 (facsimile)
stiller@wtplaw.com

*Counsel for Plaintiff*