UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| W. GLENN ELLERBE d/b/a Ellerbe Associates Consultancy,<br><br>*Plaintiff*,<br><br>v.<br><br>GORMAN HEALTH GROUP, LLC, *et al.*,<br><br>*Defendants*. | Civil Action No. 16-2318 (RDM) |

### ORDER

In light of Plaintiff's Notice of Voluntary Dismissal, Dkt. 3, it is hereby ORDERED that this case be dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

**SO ORDERED.**

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date:  December 5, 2016